UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LISA SOSIENSKI                      JURY TRIAL DEMANDED

v.                                       CASE NO. 3:13 CV

PLATINUM RECOVERIES, INC.
SCOTT CASS
KRIS MYERS

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, and other applicable laws, including the Connecticut Creditor's Collection Practices Act, Conn. Gen. Stat. §36a-648 ("CCPA"), and the Connecticut Unfair Trade Practices Act, §42-110g (CUTPA).

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a Connecticut resident.

4. Defendant Platinum is debt buyer located in Temecula CA.

5. Kris Myers is the Director of Mitigation for Platinum.

6. Scott Cass is the managing member of Platinum. He supervised, controlled, managed, ratified, or participated in the debt collection efforts at issue herein.

7. Defendants regularly use the means of interstate commerce to collect personal debts.

8. Platinum claimed to be the owner of plaintiff's personal HSBC account

9. Platinum, by letter dated April 30, 2013, from Myers, demanded payment of $19,819.85 to settle the account, provided that the amount was received on the same date as the letter.

10. Plaintiff had paid the HSBC account as "settled in full" to another debt buyer in August, 2012.

11. Platinum talked to plaintiff's mother and her employer about the account.

12. In the collection efforts within one year prior to the date of this action, defendants violated the FDCPA, § 1692e, –f(1), or –g and the parallel provisions of the CCPA; or CUTPA.

13. WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA, plus $1,000 statutory damages under the CCPA, plus punitive damages up to $10,000;

2. Award the plaintiff costs of suit and a reasonable attorney's fee.

2. Award such other and further relief as law or equity may provide

                        THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net